IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ARNETRIUS BRANSON**                                                                               **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 3:21-CV-00100-CWR-LGI**

**JACKSON MUNICIPAL AIRPORT
AUTHORITY, LAWANDA HARRIS, AND
JOHN DOES 1-5**                                                                             **DEFENDANTS**

## ORDER DEFERRING RULING ON MOTION TO WITHDRAW AS COUNSEL

Before the Court is the *Motion to Withdraw* [66] filed by Mike Farrell and the *Motion to Withdraw* [68] filed by Joel Dillard to withdraw as counsel for Plaintiff Ametrius Branson. The Court, having considered the motions, finds that the rulings shall be deferred until Movants have provided the Court Plaintiff's contact information and a certificate of service documenting Plaintiff received his case file.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Mike Farrell and Joel Dillard shall be withdrawn as counsel of record for Plaintiff Ametrius Branson in the instant case after Mike Farrell and Joel Dillard: (1) deliver Plaintiff's case file to Plaintiff within thirty (30) days from the date of the entry of the Order; and (2) provide the Court Plaintiff's contact information including mailing address, phone number, and email address, and a certificate of service proving the Plaintiff's case file was mailed to Plaintiff within thirty (30) days from the date of the entry of the Order. The Court shall enter a separate Order withdrawing counsel upon receipt of the required certificate of service.

IT IS FURTHER ORDERED Plaintiff Ametrius Branson has thirty (30) days from the date of receipt of his case file to: (1) retain new counsel to represent him in this case and that said new counsel shall file an entry of appearance within said thirty (30) days; or (2) notify the Court in writing, with a copy to counsel for Defendant, that Plaintiff intends to proceed *pro se* in this case.

SO ORDERED this the 11th day of May, 2022.

                                            /s/ LaKeysha Greer Isaac
                                            UNITED STATES MAGISTRATE JUDGE